UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE PEDRO SANCHEZ FERNANDEZ,                22-cv-7360 (JGK)

          Plaintiff,                                  ORDER

       - against -

BRONX IRON & STEEL FABRICATORS INC.
d/b/a BRONX IRON & STEEL, ET AL.,

          Defendants.

---

JOHN G. KOELTL, District Judge:

    The summons and complaint were served on defendants Bronx Iron & Steel Fabricators Inc. and F&B Ironworks on September 2, 2022, and on defendants Mamadou Bathily and Fathima Bathily on September 9, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was on September 23, 2022, and on September 30, 2022, respectively.

    The time for all defendants to respond to the complaint is extended to **October 24, 2022**. Failure to respond to the complaint by this date could result in a default judgment being entered against the defendant.

SO ORDERED.

Dated:    New York, New York
            October 10, 2022

                                      John G. Koeltl
                                  United States District Judge