UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSE PEDRO SANCHEZ FERNANDEZ,
*individually and on behalf of others similarly situated*,

Docket No.: 22-cv-07360-JGK

**PROPOSED DEFAULT JUDGMENT**

*Plaintiff*,

-against-

BRONX IRON & STEEL FABRICATORS INC. (D/B/A BRONX IRON & STEEL), F&B IRONWORKS (D/B/A IRONWORKS), MAMADOU BATHILY, and FATHIMA BATHILY A/K/A MICHELLE THIAM,

*Defendants*,
-----------------------------------------------------------X

**JUDGMENT**

Plaintiff commenced this action by filing a Complaint (and associated documents) on August 29, 2022. (ECF Dkt. No. 1).

To date, Defendants Bronx Iron & Steel Fabricators Inc. (d/b/a Bronx Iron & Steel), F&B Ironworks (d/b/a Ironworks), Mamadou Bathily, and Fathima Bathily a/k/a Michelle Thiam, have failed to answer or otherwise respond to the Complaint. The Clerk of this Court certified the defaults of Bronx Iron & Steel Fabricators Inc. (d/b/a Bronx Iron & Steel), F&B Ironworks (d/b/a Ironworks), Mamadou Bathily, and Fathima Bathily a/k/a Michelle Thiam on October 25, 2022 (ECF Dkt. Nos. 23-26).

NOW, on motion of Plaintiff, by his attorneys, CSM Legal, P.C., it is hereby ORDERED, ADJUDGED, AND DECREED:

That Plaintiff have judgment jointly and severally against Bronx Iron & Steel Fabricators Inc. (d/b/a Bronx Iron & Steel), F&B Ironworks (d/b/a Ironworks), Mamadou Bathily, and Fathima

- 2 -

Bathily a/k/a Michelle Thiam in the amount of $105,150.78 including compensatory damages and permissible liquidated damages, plus pre-judgment interest in the amount of $_____ (calculated at the legal rate in effect on the date of this judgment) all computed as provided in 28 U.S.C. § 1961(a).

That Plaintiff is awarded attorney's fees in the amount of $2,350.00, and costs in the amount of $979.00.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:       New York, New York
             _____, 2022

                                          _____
                                                  HON. JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE