**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**JOSE PEDRO SANCHEZ FERNANDEZ,**
**Plaintiff,**

**- against -**

**BRONX IRON & STEEL FABRICATORS INC., ET AL.,**
**Defendants.**

---

**22-cv-7360 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

The time for the defendants to respond in writing to the Court's order to show cause for a default judgment, ECF No. 34, is extended to **January 23, 2023.** The plaintiff may reply by **January 30, 2023.** If the defendants do not respond to the order to show cause by January 23, 2023, a default judgment will be entered.

**SO ORDERED.**

**Dated:** **New York, New York**
**January 9, 2023**

**John G. Koeltl**
**United States District Judge**