```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JOSE PEDRO SANCHEZ FERNANDEZ,

              Plaintiff,

- against -

BRONX IRON & STEEL FABRICATORS INC., ET AL.,

              Defendants.

22-cv-7360 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

On October 25, 2022, the Clerk of Court issued certificates of default against the defendants. ECF Nos. 23-26. On December 2, 2022, the Court entered an order to show cause why a default judgment should not be entered against the defendants. ECF No. 34. The plaintiff served the order to show cause on the defendants the same day. ECF No. 35. In a January 9, 2023 order, the Court extended the time to respond to the order to show cause to January 23, 2023, ECF No. 36, but there is no certificate of service of that order. The plaintiff should file a certificate of service of that order or seek an extension of the time to respond to the Order to Show Cause for a Default Judgment.

**SO ORDERED.**

Dated:    New York, New York
           February 6, 2023

                                      John G. Koeltl
                                United States District Judge