UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

JOSE PEDRO SANCHEZ FERNANDEZ, ET
AL.,                                              22-CV-7360 (JGK)

                        Plaintiffs,              ORDER

          - against -

BRONX IRON & STEEL FABRIACTORS
INC., ET AL.,

                        Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

March 9, 2023.

SO ORDERED.

Dated:    New York, New York
          February 23, 2023

                              John G. Koeltl
                    United States District Judge