# CSM Legal, P.C.
Employment and Litigation Attorneys

60 E 42nd Street, Suite 4510                                Telephone: (212) 317-1200
New York, New York 10165                                  Facsimile: (212) 317-1620

March 8, 2023

**Via ECF**
Hon. John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
Application granted.
SO ORDERED.

March 9, 2023            /s/ John G. Koeltl
New York, New York              U.S.D.J.
```

         Re:     Sanchez Fernandez et al v. Bronx Iron & Steel Fabricators Inc. et al
                     Docket No.: 1:22-cv-07360 (JGK)

Your Honor:

       This office represents Plaintiff in the above-referenced action. This letter is written jointly with Defendant Mamadou Bathily to respectfully request an extension to time to file a Rule 26(f) report from March 9, 2023 to March 23, 2023. The reason for this request is because the parties are currently engaged in settlement negotiations and are hopeful a settlement will soon follow.

       The parties thank the Court for its time and consideration of this matter.

                                                               Respectfully Submitted,

                                                               /s/ Ramsha Ansari
                                                                Ramsha Ansari
                                                                *Attorney for Plaintiff*

CC VIA EMAIL:

Mamadou Bathily
bronxsteelfabricators@yahoo.com