UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

JOSE PEDRO SANCHEZ FERNANDEZ,
individually and on behalf of others similarly
situated,

                     Plaintiff,

          -against-

BRONX IRON & STEEL FABRICATORS
INC. (D/B/A BRONX IRON & STEEL), F&B
IRONWORKS (D/B/A IRONWORKS),
MAMADOU BATHILY, and FATHIMA
BATHILY A/K/A MICHELLE THIAM,

                     *Defendants,*
---------------------------------------------------------X

Index No.: 1:22-cv-07360

**(PROPOSED) JUDGMENT**

      WHEREAS on or about July 19, 2023, Defendants BRONX IRON & STEEL FABRICATORS INC. (D/B/A BRONX IRON & STEEL), F&B IRONWORKS (D/B/A IRONWORKS) and MAMADOU BATHILY extended to Plaintiff JOSE PEDRO SANCHEZ FERNANDEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>, and whereas said Plaintiff accepted said offer on or about July 20, 2023.

      JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00).</u>

      Dated: New York, New York

           _____ , 2023

                                                          _____
                                                          JUDGE JOHN G. KOELTL U.S.D.J.