**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

JOSE PEDRO SANCHEZ FERNANDEZ,
individually and on behalf of others similarly
situated,

                    Plaintiff,

-against-

BRONX IRON & STEEL FABRICATORS
INC. (D/B/A BRONX IRON & STEEL), F&B
IRONWORKS (D/B/A IRONWORKS),
MAMADOU BATHILY, and FATHIMA
BATHILY A/K/A MICHELLE THIAM,

                    *Defendants,*
-----------------------------------------------------------X

Index No.: 1:22-cv-07360

(~~PROPOSED~~) **JUDGMENT**

    WHEREAS on or about July 19, 2023, Defendants BRONX IRON & STEEL FABRICATORS INC. (D/B/A BRONX IRON & STEEL), F&B IRONWORKS (D/B/A IRONWORKS) and MAMADOU BATHILY extended to Plaintiff JOSE PEDRO SANCHEZ FERNANDEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00)</u>, and whereas said Plaintiff accepted said offer on or about July 20, 2023.

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Ten Thousand Dollars and Zero Cents ($10,000.00).</u>

    Dated: New York, New York

              7/20 , 2023

                                                JUDGE JOHN G. KOELTL U.S.D.J.